# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Cassie Wamsley,<br><br>　　　　　Plaintiff,<br>v.<br><br>Nations Recovery Center, Inc., and Does 1-10,<br><br>　　　　　Defendants. | CV 11-394 TUC DCB<br><br>**ORDER** |

The court having been notified that this case has been settled and that Plaintiff intends to withdraw the Complaint and voluntarily dismiss the case,

**IT IS ORDERED** that the case reference to Magistrate Judge Jennifer C. Guerin is withdrawn. The case caption shall no longer include the magistrate judge designation, but shall be as follows: CV 11-394 TUC DCB.

**IT IS FURTHER ORDERED** that the case is dismissed without prejudice.

**IT IS FURTHER ORDERED** that the Plaintiff has 60 days from the filing date of this Order to file the Notice of Withdrawal and Voluntary Dismissal with prejudice, pursuant to Fed. R. Civ. P. R. 41(a).

**IT IS FURTHER ORDERED** that this Court retains jurisdiction over this matter to reopen the case and return it to the Court's active docket, in the event problems arise in relation to its settlement.

DATED this 1st day of September, 2011.

David C. Bury
United States District Judge