KINDRA DENEAU (State Bar No. 024156)
7135 East Camelback Rd., Suite 230
Scottsdale, Arizona 85251
Telephone:  (480) 306-5977
Facsimile:  (602) 626-3504
kdeneau@lemberglaw.com

*Of Counsel to*
Lemberg & Associates LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT  06905
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiff,
Cassie Wamsley

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cassie Wamsley,<br><br>         Plaintiff,<br><br>    vs.<br><br>Nations Recovery Center, Inc.; and DOES 1-10, inclusive,<br><br>         Defendants. | Case No.:  11-CV-0394-TUC-DCB<br><br>**NOTICE OF DISMISSAL** |

# NOTICE OF DISMISSAL

Cassie Wamsley ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).


LEMBERG & ASSOCIATES, LLC

 */s/ Kindra Deneau*
KINDRA DENEAU

Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. On September 20, 2011, I served a true copy of foregoing document(s): **NOTICE OF DISMISSAL**.

| | |
|---|---|
| **BY ELECTRONIC FILING:** I hereby certify that on September 20, 2011, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system. | Mark Bataillon<br>P.O. Box 48719<br>Atlanta, Georgia 30362<br>**Representative for Defendant Nations Recovery Center, Inc.** |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on September 20, 2011.

                                      */s/ Joshua Markovits*
                                      JOSHUA MARKOVITS
                                      Paralegal to Kindra Deneau